UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X

Malibu Media, LLC,

                Plaintiff(s)

                v.

Ruhiya Nuruddin,

                Defendant(s).
---------------------------------------- X

(KMK)(JCM)
Case No. 15 Civ. 04374

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

The above entitled action is referred to the Honorable Judith C. McCarthy, United States Magistrate Judge, for the following purpose(s):

__X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ SOCIAL SECURITY

____ SETTLEMENT

____ CONSENT UNDER 28 U.S.C. 636 FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636 FOR LIMITED PURPOSE OF
_____

Dated: February 3, 2016
       White Plains, New York

SO ORDERED:

_____
United States ~~District~~ Judge

* Do not check if already referred for General Pre-Trial.

P:\FORMS\Order of Reference.wpd

Rev. 9/10